**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEVE PIRIBAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 06 C 6810 |
| | ) | Judge Dow |
| OFFICER ANKARLO, STAR #175, and | ) | Magistrate Judge Ashman |
| THE CITY OF CHICAGO HEIGHTS, | ) | |
| | ) | |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), upon agreement of the parties, this case is hereby settled. This cause is set for September 4, 2010 at 9:00 a.m. for status with regards to the resolution of documents and tender of settlement to proceeds. Upon tender of the settlement check, this cause will be dismissed with prejudice. Each party is to bear its own costs.

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

*s/ Blake Horwitz*    *s/ Donna Ciancio*
Blake Horwitz    Donna Ciancio, Esq.
Plaintiff's Attorney    One of Defendants' Attorneys

**The Blake Horwitz Law Firm, Ltd.**
Two First National Plaza
20 South Clark Street, Suite 500
Chicago, Illinois 60603
Telephone: (312) 676-2100
Fax: (312) 372-7076